UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUBEN R. ROSSEL, | ) | 1:10-cv-00174 OWW YNP [DLB] (HC) |
| Petitioner, | ) ) | ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |
| v. | ) ) | |
| JOHN MARSHAL, | ) ) | |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **March 12, 2010**      **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE